# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVEN JOHNSON,

    **Plaintiff,**

  v.                                          Case No. 09-C-0222

STEVEN STRASSER,

    **Defendants**

## ORDER

Plaintiff, Steven Johnson, who is incarcerated at Stanley Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. In an Order dated December 10, 2010, I granted defendant's motion for summary judgment and dismissed this case. Judgment was entered the same day. I subsequently denied plaintiff's motion for reconsideration. Plaintiff has filed a notice of appeal, and this matter comes before me now on plaintiff's motion for leave to appeal in forma pauperis.

However, plaintiff has not submitted to the court a petition and affidavit to proceed without prepayment of fees and/or costs, or a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his notice of appeal, both of which are required under 28 U.S.C. § 1915(a)(2). Without these documents, the court is unable to calculate plaintiff's initial partial filing fee. See 28 U.S.C. § 1915(b)(1). The appropriate forms and instructions will be included with this order. Therefore,

**IT IS ORDERED** that plaintiff shall submit a petition and affidavit to proceed without prepayment of fees and/or costs, as well as a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his notice of appeal

if he wishes to proceed in the appellate court. Failure to submit these documents on or before **Monday, May 16, 2011**, will result in the denial of plaintiff's motion for leave to appeal in forma pauperis.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the plaintiff is confined, and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Room 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2011.

/s_____
LYNN ADELMAN
District Judge